UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| American Synthetic Fibers, LLC, | ) | C/A No.: 6:08-003875 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Nevown, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the Plaintiff's Motion to Compel filed on May 28, 2009. The Defendant filed a response in opposition on June 15, 2009. The plaintiff replied on June 19, 2009. A hearing was held on June 24, 2009. After reviewing the motions and considering the arguments of the parties, the Court GRANTS the plaintiff's motion.

Plaintiff filed the action seeking to enforce a settlement agreement entered into between the plaintiff and defendant. Defendant did not answer and a default judgment was entered. The judgement was entered in the amount of $77,373.84, the remaining amount due to the plaintiff under the agreement. A Writ of Execution was issued on March 6, 2009. It was served on the defendant with Interrogatories and Requests for Production on April 2, 2009. The Defendant did not answer.

Defendant states that the discovery sought for is irrelevant, overly broad, unduly burdensome and expensive. It is not reasonably calculated to lead to admissible evidence. They state that the only relevant issue is whether they have any assets to

satisfy the judgment.  The plaintiff states that the information is proper and necessary to receive payment under the settlement agreement.  This Court agrees.  The defendant's position is unreasonable.  Nevown defaulted on a settlement agreement and has a default judgment entered against it.  The Plaintiff is entitled to information that will assist in enforcing the judgment.

IT IS THEREFORE ORDERED THAT the defendants answer each discovery request in its entirety.

IT IS SO ORDERED.

_____
G. Ross Anderson, Jr.
Senior United States District Judge

June 25 , 2009
Anderson, South Carolina