UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| American Synthetic Fibers, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | No.: 6:08-cv-3875-GRA |
| v. | ) | |
| | ) | **ORDER** |
| Nevown, Inc., | ) | (Written Opinion) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before this Court for a ruling on Plaintiff's Motion to Hold Liable Affiliates and Seiji Tsuzuki, for which a hearing was held on November 23, 2009.

Under 28 U.S.C. § 455(a), a judge shall recuse himself from any proceeding in which "his impartiality might reasonably be questioned." *See* 28 U.S.C. § 455(a). The need to recuse is measured by an objective standard that "asks whether the judge's impartiality might be questioned by a reasonable, well-informed observer who assesses all the facts and circumstances." *See United States v. DeTemple*, 162 F.3d 279, 286 (4th Cir. 1998).

In the course of reading the pleadings associated with this motion, this Court discovered that Regions Bank, in which this Court owns more than a minimal amount of stock, is a secured creditor with interests in Defendant's property. This Court was unaware at the time of the earlier proceedings in this case that Regions Bank was, in any way, associated with this matter. Therefore, this Court feels it necessary to recuse itself so that no prejudice can be found in its ruling.

IT IS THEREFORE ORDERED that this Court will recuse itself from hearing this matter and the case is returned to the Clerk of Court's Office for the purpose of reassignment.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

November  24 , 2009
Anderson, South Carolina